IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60268
Summary Calendar
_____

ABIDEEN OLADIPUPO,
also known as Anthony A. Oladipupo,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A71-892-451
- - - - - - - - - - -

August 16, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Abideen Oladipupo appeals the decision of the Board of
Immigration Appeals finding him deportable, denying his
application for asylum and suspension of deportation, and denying
his motion to remand.  Oladipupo also argues that he was denied
due process by his lack of representation.

        After reviewing the record and the briefs of the parties, we
find that substantial evidence supports the Board's decision that
Oladipupo is deportable and not eligible for asylum.  Chun v.

_____

        [*]Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

INS, 40 F.3d at 76, 78 (5th Cir. 1994).  We further find that the BIA did not abuse its discretion in denying Oladipupo's motion to remand.  Ogbemudia v. INS, 988 F.2d 595, 599-600 (5th Cir. 1993).

The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104-208, 110 Stat. 3009, is applicable to all aliens in proceedings on April 1, 1997, for whom a final order of deportation was entered more than thirty days after September 30, 1996.  IIRIRA § 309(c)(4)(E); Eyoum v. INS, 125 F.3d 889, 891 (5th Cir. 1997).  Under IIRIRA, this court lacks subject matter jurisdiction to review claims for discretionary relief, such as suspension of deportation.  Eyoum, 125 F.3d at 891; Pilch v. INS, 129 F.3d 969, 970 (7th Cir. 1997).  Because the BIA's final order of deportation was entered on April 30, 1998, we lack subject matter jurisdiction to review Oladipupo's appeal regarding suspension of deportation.

The petition for review is DENIED.  All outstanding motions are also DENIED.